THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY and LINDLEY M. GARRISON, as Receiver of the Coney Island and Brooklyn Railroad Company, Appellants, v. THE STATE TAX COMMISSION OF THE STATE OF NEW YORK and Others, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

ANNA RICHMOND, Suing on Behalf of Herself and All Other Stockholders of the HERCULES PAPER CORPORATION, Respondent, v. HERCULES PAPER CORPORATION, Appellant, and LOUIS M. JOSEPHTHAL and Others, Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements.

L. E. RAGAN, INC., Appellant, v. DUTCHESS AUTO AND SUPPLY COMPANY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground of prejudicial delay in making the motion. All concur.

LEONARD STIEFVATER, Respondent, v. WILLIAM J. NOLD, Appellant — Judgment and order unanimously affirmed, with costs.

ARTHUR THOMPSON, Respondent, v. THE CAMPE CORPORATION, Appellant.— Motion denied, with ten dollars costs.

MARGUERITE A. VALLIERE, as Administratrix, etc., of JOSEPH VALLIERE, Deceased, Respondent, v. LOUIS RIDGWAY, Appellant.— Motion denied, with ten dollars costs.

ELLIOTT G. VANDERMOOR, as Ancillary Executor, etc., of WILLIAM VANDERMOOR, Deceased, Respondent, v. HOMER STRONG, Appellant, Impleaded with Others.— Motion granted unless appeal is perfected on or before April 15, 1922, in which case motion is denied.

HUGH WILLARD, Respondent, v. HERMAN BERGOFFEN, Appellant.— Order reversed, with ten dollars costs and disbursements, on the ground that the County Court improperly awarded judgment for damages against the defendant, and motion granted to the extent of opening the judgment of the County Court and permitting a reargument of the appeal from the judgment of the Justice's Court. All concur.